In the Matter of the Application of HARRINGTON PUTNAM for Appointment as Official Referee.— Application granted, such appointment to take effect May 14, 1928. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ATLAS INVESTORS AND MORTGAGE CORPORATION, Plaintiff, v. 30TH STREET HOLDING CO., INC., Appellant. SALVATORE BASILE and Another, Respondents, and Others, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

BARD-PARKER CO., INC., Respondent, v. N. S. LOW & CO., INC., Appellant, Impleaded with Others.— Motion to stay examination before trial denied; examination to proceed at same place on two days' notice. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

DOMENICO BIANCO, Appellant, v. WILLIAM S. DURR and ELMER S. DAVIS, Respondents.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ROSE BOVIN, Appellant, v. SAMUEL GALITZKA and Another, Defendants. PHILIP SCHORR, Respondent.— Motion to dismiss appeal denied, with ten dollars costs. It appears that no notice of appeal has been served. No appeal, therefore, is pending. If an appeal were pending, the motion to dismiss should be addressed to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ROSE BOVIN, Appellant, v. SAMUEL GALITZKA and Another, Defendants. PHILIP SCHORR, Respondent.— Motion to resettle order of this court dated March 16, 1928, granted, the additional question to be certified to the Court of Appeals to be: " Is the second separate defense alleged in the answer of defendant Philip Schorr sufficient in law? " Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

HENRY A. BRAUN, Respondent, v. ISIDORE JACOBOWITZ, Appellant. ISIDORE JACOBOWITZ, Appellant, v. HENRY A. BRAUN, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ALBERT K. BUHL, Appellant, v. JEROME F. COLLINS and Others, Defendants. OTIS W. ROWE and MORET REALTY CORPORATION, Respondents.— Motion for reargument granted, and case set down for reargument on Friday, May 18, 1928. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JOHN F. CALLAGHAN, Respondent, v. BROOKLYN DAILY EAGLE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ALBERT L. CARR, Respondent, v. BROOKLYN DAILY EAGLE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.